# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| JASON T. MERRYMAN and JOSEPHINE M. ZARAGOZA, <br> *Plaintiff* <br> v. <br> KLICKITAT COUNTY PROSECUTOR, et al., <br> *Defendant* | ) ) ) ) ) Civil Action No. 1:14-CV-3044-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is entered in favor of all defendants pursuant to the Order Granting Defendant's Motion for Summary Judgment entered January 4, 2016, ECF No. 28.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian on a motion for Summary Judgment.

Date: 01/04/2016

CLERK OF COURT

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas